**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6990**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

MICHAEL EDWARD GILL, a/k/a Marcus Porter, a/k/a Mad, a/k/a
Madden, a/k/a Mangler, a/k/a Manglo,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Henry M. Herlong, Jr., Senior
District Judge.  (6:10-cr-00296-HMH-5; 6:16-cv-02188-HMH)

_____

Submitted:  September 13, 2016     Decided:  September 15, 2016

_____

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael Edward Gill, Appellant Pro Se.  Robert Frank Daley, Jr.,
Jimmie Ewing, Stanley D. Ragsdale, Assistant United States
Attorneys, Columbia, South Carolina; Carrie Fisher Sherard,
Assistant United States Attorney, Andrew Burke Moorman, OFFICE
OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Edward Gill seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Gill has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED